IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

J.L. SUMMERS,

    Plaintiff,

  vs.                                Civil Action 2:11-CV-251
                                      Judge Smith
                                      Magistrate Judge King

NARS - LOSS,
LIBERTY OH,

    Defendant.

## ORDER

On April 8, 2011, the United States Magistrate Judge recommended that this action be dismissed for lack of subject matter jurisdiction. *Order and Report and Recommendation*, Doc. No. 3. Although plaintiff was advised of his right to object to the recommendation and of the consequences of his failure to do so, there has been no objection.

The *Report and Recommendation* is **ADOPTED and AFFIRMED**. This action is hereby **DISMISSED** for lack of subject matter jurisdiction.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this action.

                                            *s/George C. Smith*
                                           George C. Smith, Judge
                                        United States District Court